**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In re:

COMPANION CARE PARTNERS, LLC,                    :                    Chapter 11

                                                 :

                Debtor                           :                    Case No.: 25 - 11859 djb

                                                 :

**DECLARATION**

1.  Debtor filed the above - captioned Chapter 11 Bankruptcy Subchapter V on May 9, 2025.

2.  On January 13, 2026 at 12:01 a.m. Debtor filed a Fifth Amended Chapter 11 Subchapter V Plan of Reorganization.

3.  The Fifth Amended Chapter 11 Subchapter V plan sets forth one class of unsecured claims, (Class 1).  The unsecured claim is deemed impaired.

4.  The Plan also provides for one (1) separate class of unsecured claims, all of which are impaired.

5.  On January 19, 2026, Debtor filed a Sixth Amended Chapter 11 Plan Subchapter V Plan of Reorganization.

4.   On January 19, 2026, a Sixth Amended Chapter 11 Subchapter V Plan of Reorganization, a ballot was sent to the creditor in each class of claims and the Court's amended Order was forwarded to each creditor in each class of claims

5.  The deadline for returning the ballot was on January 26, 2026.

6.  None of the classes of claims returned their ballot as of the date of this Declaration January 29, 2026.

7. Pursuant to 11 U.S.C 1129(a)

      a.  The plan complies with the applicable provisions of Title 11 of the United States Code

b.  The proponent of the plan complies with the applicable provisions Title 11 of the

United States Code.

c. The plan has been proposed in good faith and not by means forbidden by law.

d. The proponent of the plan will remain as the sole managing member of the Debtor.

e.  Each impaired class of claims will receive not less than the amount that it would

receive in a chapter 7 bankruptcy

f. Confirmation of the plan is not likely to be followed by a liquidation or further

financial reorganization.

g. The plan provides for full payment of administrative expenses upon approval by the

court.

h. There are no priority claims.

i.  Any payments for services or costs must be approved by the Court.

j.  The plan can be confirmed under § 1191(b).

k.  The proponent of the plan is James Grant, the sole managing member of the Debtor.

l. 11 U.S.C. §1129(a)(7)(B) is inapplicable.

m.  Confirmation of the plan is not likely to be followed by liquidation or the need for

further financial reorganization because the Debtor is still operating and has experienced

steady cashflow since the resolution of the cause of the disruption of its operations, that is, the

nationwide cyberhack that occurred in early 2025.

8.  The Debtor has sufficient cashflow to satisfy the terms of its Chapter 11, Subchapter V plan

of reorganization over the ensuing five (5) years.

I make this declaration to the Court under penalty of perjury.

Date: January 29, 2025

Respectfully Submitted by:

_____/s/James Grant_____

James Grant, Managing Member of Companion
Care Partners, LLC